# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CEASAR J. HARPER, III

NO. 2021 KW 0960

**NOVEMBER 5, 2021**

---

In Re:    Ceasar J. Harper, III, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 378,040.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

> **VGW**
> **AHP**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

*Renee L Reed*

DEPUTY CLERK OF COURT
    FOR THE COURT